UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE D. NAPPI,<br><br>      Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE OFFICE OF MENTAL HEALTH; ANN M. SULLIVAN; COMMISSIONER OF COMMUNITY ACCESS, INC.; EIGHT COOPER EQUITIES, LLC,<br><br>      Defendants. | 20-CV-5863 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued December 9, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the *Rooker-Feldman* doctrine. Because Plaintiff seeks mandamus relief against state officials, and this Court does not have jurisdiction to grant such relief, mandamus relief is denied.

SO ORDERED.

Dated:  December 9, 2020
    New York, New York

                        *Louis L. Stanton*
                        Louis L. Stanton
                          U.S.D.J.